# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Gordon, Leo M. | 2. Court or Organization

U.S. Court of International Trade | 3. Date of Report

08/8/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Court of International Trade - Active | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial   ☑ Annual   ☐ Final

5b.  ☐   Amended Report | 6. Reporting Period

01/01/2015
to
12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. Trustee | Hebrew Free Loan of New Jersey - Florham Park, NJ |
| 3. Director | Federal Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/8/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | New York Law School | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. 2015 | NJ Division of Pension & Benefits - Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University School of Law | 2/26/15-2/27/15 | Washington, DC | Georgetown International Trade Update Advisory Board Meeting | Transportation, lodging, and meals |
| 2. | Federal Judges Association | 4/13/15-4/15/15 | Washington, DC | FJA Quadrennial Board Meeting | Transportation, lodging, and meals |
| 3. | Georgetown University School of Law | 6/22/15 | Washington, DC | Georgetown International Trade Update Advisory Board Meeting | Transportation |
| 4. | Federal Circuit Bar Association | 11/20/15-11/21/15 | Washington, DC | Federal Circuit Bar Association Dinner | Transportation, lodging, and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Leo M.** | 08/8/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient (formerly Sallie Mae Servicing) | Student Loans | K |
| 2. | Chase Card Services | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Valley Nat'l Savings Bank - Savings Account (Y) | | | | | | | | | |
| 2. Bank of America - Savings Acct. (Y) | | | | | | | | | |
| 3. Voya (formerly ING) Security Life - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 4. Stonebridge Life Ins. Co. - Whole Life Ins. Policy | A | Interest | J | T | | | | | |
| 5. U.S. Treasury HH Bonds | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 7. Verizon Communications - Common Stock (VZ) | A | Dividend | J | T | | | | | |
| 8. American Funds - Wash. Mutual Investors Fund Class A Mut. Fd. (AWSHX) | A | Dividend | K | T | | | | | |
| 9. Franklin Templeton - High Inc. Tr. Fund Class A - Mut. Fd. (FHAIX) | A | Dividend | J | T | | | | | |
| 10. Fed. Home Loan Mtg. Corp. - Bonds (CUSIP 31393LFT5) | A | Interest | | | Sold | 10/14/15 | J | | |
| 11. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 12. ML Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | | | Closed | 06/01/15 | J | | |
| 13. UBS Bank USA Deposit Account | A | Interest | J | T | Open | 06/01/15 | J | | |
| 14. Apple - Common Stock (AAPL) | B | Dividend | L | T | | | | | |
| 15. Visa Inc. - Common Stock (V) | A | Dividend | J | T | | | | | |
| 16. Disney - Common Stock (DIS) | A | Dividend | K | T | | | | | |
| 17. Franklin Templeton - Temp Class A - World Fund - Mutual Fund (TEMWX) | B | Dividend | K | T | Sold (part) | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/8/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18.  Fed. Home Loan Mtg. Corp. - Bonds (CUSIP 31393LFT5) | A | Interest | | | Sold | 10/19/15 | J | | |
| 19.  Invesco VanKampen Amer. Cap. High Yield Mun. F. - Mutual Fund (ACTHX) | B | Dividend | | | Sold | 09/16/15 | K | | |
| 20.  IRA #1 (H) | | | | | | | | | |
| 21.  Calamos Investment Trust New Growth Fund - Mutual Fund (CGRIX) | B | Dividend | J | T | | | | | |
| 22.  Calamos Investment Trust New Convertible Fund - Mutual Fund (CICVX) | A | Dividend | J | T | | | | | |
| 23.  Kinectics Mutual Fund Inc -Paradigm Fund - Mutual Fund (KNPYX) | | None | J | T | | | | | |
| 24.  Wells Fargo Advantage Emerging Markets-Equity Fund Mut Fund (EMGNX) | A | Dividend | J | T | | | | | |
| 25.  WHV Int'l Equity Fund - Class 1- Mutual Fund (WHVIX) | A | Dividend | J | T | | | | | |
| 26.  Pimco Real Return-Bond (PRRIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/8/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A.: January-May, 2015
Part VII, lines 10 & 18: Previously reported in a single entry (see 2014, line 15).

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/8/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544